**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:  16-14561 NWW** |
| **ROBERT D FREEMAN JR** | **Chapter 13** |
| **TAMMY L FREEMAN** | |

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
  Creditor Name:  **US BANK TRUST NATIONAL ASSOCIATION**

  Court Claim Number: **017**     UCI: NA
  Last Four of Account Id Number:  6312
  Property Address, if available:  110 WHEELER ST

**Part 2: CURE AMOUNT**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | $0.00 |
| b. | Prepetition arrearage paid by the Trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c): | $505.00 |
| d. | Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c) paid by the Trustee: | $505.00 |
| | Total Disbursements by Trustee: | $39,401.17 |

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $633.70

Next post-petition payment due: November 2021

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 11/17/2021                                             Respectfully Submitted:

s/ Kara L. West, Trustee
Kara L. West (TN No. 25744)
Standing Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

C KELLY WILSON ESQUIRE - ECF
US Trustee – ECF
Bankruptcy Court – ECF
THE SR LAW GROUP – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   ROBERT D FREEMAN JR, 110 WHEELER STREET, , SHELBYVILLE, TN    37160
Creditor:   US BANK TRUST NATIONAL ASSOCIATION, %SN SERVICING CORPORATION, 323 5TH STREET, EUREKA, CA 95501-
Creditor Noticing Address:

s/ Kara L. West w/permission by DRJ (35)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511
(423) 265-2261

**Case:** 16-14561    **ROBERT D FREEMAN JR**

**US BANK TRUST NATIONAL ASSOCIATION**
%SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA  95501-

Sequence: 24
Modify:
Filed Date: 4/30/2018 12:00:00AM
Hold Code:

Acct No: 7717/110 WHEELER ST 37160

110 WHEELER ST 37160

Amt Sched: $60,474.26
Amt Due: $633.70

Debt: $38,896.17
Paid: $38,896.17

Interest Paid: $0.00
Accrued Int: $0.00
Balance Due: $0.00

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0170    US BANK TRUST NATIONAL ASSOCIATION** | | | | | | | |
| US BANK TRUST NATIONAL ASSOCI. | | 10/31/2021 | 2133112 | $633.70 | $0.00 | $633.70 | |
| US BANK TRUST NATIONAL ASSOCI. | | 09/30/2021 | 2129492 | $633.70 | $0.00 | $633.70 | 10/21/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 08/31/2021 | 2125841 | $633.70 | $0.00 | $633.70 | 09/29/2021 |
| US BANK TRUST NATIONAL ASSOCI. | | 07/31/2021 | 2122173 | $633.70 | $0.00 | $633.70 | 08/31/2021 |
| BSI FINANCIAL SERVICES | V | 07/14/2021 | 2118883 | ($633.70) | $0.00 | ($633.70) | 07/14/2021 |
| US BANK TRUST NATIONAL ASSOCI. | M | 07/14/2021 | 2121013 | $633.70 | $0.00 | $633.70 | 07/22/2021 |
| BSI FINANCIAL SERVICES | | 06/30/2021 | 2118883 | $633.70 | $0.00 | $633.70 | 07/14/2021 |
| BSI FINANCIAL SERVICES | | 05/31/2021 | 2115061 | $633.70 | $0.00 | $633.70 | 06/25/2021 |
| BSI FINANCIAL SERVICES | | 04/30/2021 | 2111247 | $633.70 | $0.00 | $633.70 | 05/21/2021 |
| BSI FINANCIAL SERVICES | | 03/31/2021 | 2107380 | $633.70 | $0.00 | $633.70 | 04/21/2021 |
| BSI FINANCIAL SERVICES | | 02/28/2021 | 2100428 | $633.70 | $0.00 | $633.70 | 03/19/2021 |
| BSI FINANCIAL SERVICES | | 01/31/2021 | 2096721 | $633.70 | $0.00 | $633.70 | 03/03/2021 |
| BSI FINANCIAL SERVICES | | 12/31/2020 | 2092977 | $633.70 | $0.00 | $633.70 | 01/22/2021 |
| BSI FINANCIAL SERVICES | | 11/30/2020 | 2089160 | $633.70 | $0.00 | $633.70 | 12/23/2020 |
| BSI FINANCIAL SERVICES | | 10/31/2020 | 2085372 | $633.70 | $0.00 | $633.70 | 11/23/2020 |
| BSI FINANCIAL SERVICES | | 09/30/2020 | 2081536 | $633.70 | $0.00 | $633.70 | 10/21/2020 |
| BSI FINANCIAL SERVICES | | 08/31/2020 | 2077557 | $633.70 | $0.00 | $633.70 | 09/21/2020 |
| BSI FINANCIAL SERVICES | | 07/31/2020 | 2073590 | $633.70 | $0.00 | $633.70 | 08/21/2020 |
| BSI FINANCIAL SERVICES | | 06/30/2020 | 2069584 | $633.70 | $0.00 | $633.70 | 07/21/2020 |
| BSI FINANCIAL SERVICES | | 05/31/2020 | 2065556 | $633.70 | $0.00 | $633.70 | 06/19/2020 |
| BSI FINANCIAL SERVICES | | 04/30/2020 | 2061556 | $632.53 | $0.00 | $632.53 | 05/28/2020 |
| BSI FINANCIAL SERVICES | | 03/31/2020 | 2057773 | $632.53 | $0.00 | $632.53 | 04/22/2020 |
| BSI FINANCIAL SERVICES | | 02/29/2020 | 2053652 | $632.53 | $0.00 | $632.53 | 03/20/2020 |
| BSI FINANCIAL SERVICES | | 01/31/2020 | 2049653 | $632.53 | $0.00 | $632.53 | 02/21/2020 |
| BSI FINANCIAL SERVICES | | 12/31/2019 | 2045613 | $632.53 | $0.00 | $632.53 | 01/23/2020 |
| BSI FINANCIAL SERVICES | | 11/30/2019 | 2041599 | $632.53 | $0.00 | $632.53 | 12/20/2019 |
| BSI FINANCIAL SERVICES | | 10/31/2019 | 2037683 | $632.53 | $0.00 | $632.53 | 11/19/2019 |
| BSI FINANCIAL SERVICES | | 09/30/2019 | 2033596 | $70.01 | $0.00 | $70.01 | 10/22/2019 |
| BSI FINANCIAL SERVICES | | 08/31/2019 | 2029547 | $632.53 | $0.00 | $632.53 | 09/23/2019 |
| BSI FINANCIAL SERVICES | | 07/31/2019 | 2025350 | $626.78 | $0.00 | $626.78 | 08/20/2019 |
| BSI FINANCIAL SERVICES | | 06/30/2019 | 2021175 | $1,227.69 | $0.00 | $1,227.69 | 07/22/2019 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| BSI FINANCIAL SERVICES | | 05/31/2019 | 2016954 | $626.78 | $0.00 | $626.78 | 06/21/2019 |
| BSI FINANCIAL SERVICES | | 04/30/2019 | 2012595 | $626.78 | $0.00 | $626.78 | 05/22/2019 |
| BSI FINANCIAL SERVICES | | 03/31/2019 | 2008203 | $958.06 | $0.00 | $958.06 | 04/23/2019 |
| BSI FINANCIAL SERVICES | | 02/28/2019 | 2004040 | $991.52 | $0.00 | $991.52 | 03/19/2019 |
| BSI FINANCIAL SERVICES | | 01/31/2019 | 1999904 | $626.78 | $0.00 | $626.78 | 02/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 12/31/2018 | 1997227 | $626.78 | $0.00 | $626.78 | 01/18/2019 |
| SHELLPOINT MORTGAGE SERVICING | M | 12/13/2018 | 1993681 | $723.64 | $0.00 | $723.64 | 12/19/2018 |
| SHELLPOINT MORTGAGE SERVICING | V | 12/13/2018 | 1993156 | ($723.64) | $0.00 | ($723.64) | 12/13/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 11/30/2018 | 1993156 | $723.64 | $0.00 | $723.64 | 12/13/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 10/31/2018 | 1989156 | $713.63 | $0.00 | $713.63 | 12/04/2018 |
| SHELLPOINT MORTGAGE SERVICING | V | 10/15/2018 | 1980708 | ($702.93) | $0.00 | ($702.93) | 10/15/2018 |
| SHELLPOINT MORTGAGE SERVICING | M | 10/15/2018 | 1981152 | $702.93 | $0.00 | $702.93 | 10/22/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 09/30/2018 | 1980708 | $702.93 | $0.00 | $702.93 | 10/15/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 08/31/2018 | 1976591 | $690.91 | $0.00 | $690.91 | 10/01/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 07/31/2018 | 1972224 | $673.45 | $0.00 | $673.45 | 10/01/2018 |
| SHELLPOINT MORTGAGE SERVICING | V | 07/15/2018 | 1967897 | ($647.56) | $0.00 | ($647.56) | 07/15/2018 |
| SHELLPOINT MORTGAGE SERVICING | M | 07/15/2018 | 1968389 | $647.56 | $0.00 | $647.56 | 07/31/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 06/30/2018 | 1967897 | $647.56 | $0.00 | $647.56 | 07/15/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 05/31/2018 | 1963580 | $11,896.03 | $0.00 | $11,896.03 | 06/21/2018 |

Sub-totals: $38,896.17    $0.00    $38,896.17

Grand Total: $38,896.17    $0.00

2

# Disbursements for Claim

**Case:** 16-14561    ROBERT D FREEMAN JR

**BSI FINANCIAL SERVICES**
314 S FRANKLIN ST, 2ND FLOOR
ATTN ACQUISITIONS
TITUSVILLE, PA  16354-

Sequence: 25
Modify:
Filed Date: 5/24/2017 12:00:00AM
Hold Code:

Acct No: 1982/POST PETITION MTG FEES

\*\*\*ATTY FEES/POST PETITION MTG FEES

|  |  |  |
|---|---|---|
| Amt Sched: $0.00 | Debt: $400.00 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $400.00 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **3010    BSI FINANCIAL SERVICES** | | | | | | | |
| BSI FINANCIAL SERVICES | | 08/31/2019 | 2029547 | $128.05 | $0.00 | $128.05 | 09/23/2019 |
| BSI FINANCIAL SERVICES | | 07/31/2019 | 2025350 | $190.35 | $0.00 | $190.35 | 08/20/2019 |
| BSI FINANCIAL SERVICES | | 06/30/2019 | 2021175 | $81.60 | $0.00 | $81.60 | 07/22/2019 |
| | | | Sub-totals: | $400.00 | $0.00 | $400.00 | |
| | | | **Grand Total:** | **$400.00** | **$0.00** | | |

1

# Disbursements for Claim

**Case:** 16-14561    **ROBERT D FREEMAN JR**

**BSI FINANCIAL SERVICES**
314 S FRANKLIN ST, 2ND FLOOR
ATTN ACQUISITIONS
TITUSVILLE, PA  16354-

**Sequence:** 25
**Modify:**
**Filed Date:** 5/2/2018 12:00:00AM
**Hold Code:**

**Acct No:** 6312/POST PETITION MTG FE
APPRAISAL/BROKER FEE

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $105.00 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $105.00 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **3020   BSI FINANCIAL SERVICES** | | | | | | | |
| BSI FINANCIAL SERVICES | | 08/31/2019 | 2029547 | $33.61 | $0.00 | $33.61 | 09/23/2019 |
| BSI FINANCIAL SERVICES | | 07/31/2019 | 2025350 | $49.97 | $0.00 | $49.97 | 08/20/2019 |
| BSI FINANCIAL SERVICES | | 06/30/2019 | 2021175 | $21.42 | $0.00 | $21.42 | 07/22/2019 |
| | | | Sub-totals: | $105.00 | $0.00 | $105.00 | |
| | | | **Grand Total:** | **$105.00** | **$0.00** | | |